IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TRAVIS CARLISLE, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL CASE NO. 3:23-cv-657-ECM ) |
| LEE COUNTY, ALABAMA, | ) ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On January 8, 2024, the Magistrate Judge entered a Recommendation (doc. 19) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 19) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 8) is DENIED as moot;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 14th day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE